```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
BRUCE LOWERY,                           :
                        Plaintiff,      :
                                        :    07 Civ. 6325 (DLC)
            -v-                         :
                                        :         ORDER
POLICE OFFICER PETRUSINO, POLICE        :
OFFICER TASSONE, POLICE OFFICER JOHN    :
DOE, CITY OF WHITE PLAINS,              :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    The above-referenced case has been assigned to this Court. The complaint was filed with the Court on July 11, 2007. On December 6, 2007, the Court received correspondence from the plaintiff requesting that certain video surveillance tapes be seized. The Court's files reflect, however, that the summons and complaint have not been served on the defendants. It is hereby

    ORDERED that the plaintiff communicate in writing with the Court's Pro Se Office, 500 Pearl Street, Room 230, New York, NY 10007, regarding why the plaintiff has failed to serve the summons and complaint within the 120 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if the defendants have been served, when and in what manner such

service was made. The pending request from the plaintiff may be addressed after service is made and confirmed.

IT IS FURTHER ORDERED that if the Court's Pro Se Office does not receive any communication from the plaintiff on or before by **January 11, 2007**, showing good cause why such service was not made within the 120 days, the Court will dismiss the case.

IT IS FURTHER ORDERED that all correspondence relating to this case should be sent to the Pro Se Clerk's Office, 500 Pearl Street, Room 230, New York, NY 10007.

SO ORDERED:

Dated:   New York, New York
         December 12, 2007

                                            _____
                                            DENISE COTE
                                            United States District Judge

**COPIES SENT TO:**

Bruce Lowery
c/o Morton Lembreck (Sanders Morris Harris)
527 Madison Avenue
New York, NY 10022