```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
BRUCE LOWERY,                           :
                        Plaintiff,      :
                                        :      07 Civ. 6325 (DLC)
            -v-                         :
                                        :         ORDER
POLICE OFFICER PETRUSINO, POLICE        :
OFFICER TASSONE, POLICE OFFICER JOHN    :
DOE, CITY OF WHITE PLAINS,              :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   By an Order dated December 12, 2007, the plaintiff was directed to communicate in writing with this Court's Pro Se Office regarding why the plaintiff had failed to serve the summons and complaint in this action within the 120 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure, or, if the defendants had been served, to indicate when and in what manner such service had been made.  The Order provided that if the Court's Pro Se Office did not receive any communication from the plaintiff on or before by January 11, 2007, showing good cause why such service was not made within the 120 days, the Court would dismiss the case.  This Court's Pro Se Office not having received any communication from the plaintiff, it is hereby

ORDERED that the case is dismissed. The Clerk of Court shall close the case and terminate any pending motions.

SO ORDERED:

Dated:   New York, New York
         February 12, 2008

                                    _____
                                              DENISE COTE
                                    United States District Judge

COPIES SENT TO:

Bruce Lowery
c/o Morton Lembreck (Sanders Morris Harris)
527 Madison Avenue
New York, NY 10022