```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
BRUCE LOWERY,                              :
                         Plaintiff,        :
                                           :    07 Civ. 6325 (DLC)
            -v-                            :
                                           :         ORDER
POLICE OFFICER PETRUSINO, POLICE           :
OFFICER TASSONE, POLICE OFFICER JOHN       :
DOE, CITY OF WHITE PLAINS,                 :
                                           :
                         Defendants.       :
                                           :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/09

DENISE COTE, District Judge:

At a February 20, 2009 conference before the Court, plaintiff made a request for certain surveillance tapes from the Westchester County Sheriff's Office and the United States Courthouse in White Plains for April 13, 2007.  In connection with that request, defendants delivered two subpoenas for this Court to sign so that the parties could obtain such tapes.  This Court contacted the United States Marshal in connection with this request, who contacted the United States Courthouse in White Plains and the Westchester County Sheriff's Office and learned that no such tapes exist.  Accordingly, it is hereby

ORDERED that the subpoenas shall not issue.

SO ORDERED:

Dated:   New York, New York
         March 12, 2009

                                        _____
                                                            DENISE COTE
                                       United States District Judge

2

COPIES MAILED TO:

Bruce Lowery  
c/o Morton Lembreck  
Sanders Morris Harris  
527 Madison Avenue  
New York, NY 10022

Joseph A. Maria  
Joseph A. Maria, P.C.  
301 Old Tarrytown Road  
White Plains, NY 10603